MAY 16, 1957

**Reap. Dec. 8813.**—————*Clay Adams Co., Inc., et al.* v. *United States.* Entered at New York, N. Y. Decided April 5, 1957. [Not published.] Motion by plaintiffs.

(Reap. Dec. 8814)

INTRA-MAR TRANSPORT CORP. *v.* UNITED STATES

Entry Nos. 727704, 727333.

(Decided May 29, 1957)

*Barnes, Richardson & Colburn* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When the above-enumerated appeals for a reappraisement were called for hearing, plaintiff submitted the cases on the record consisting of the official papers.

An examination of the record before the court discloses nothing which would tend to overcome the presumption of correctness which attaches to the decision of the appraiser. I find and hold, therefore, that the proper values of the merchandise are the values returned by the appraiser.

Judgment will be entered accordingly.